JACKSON, ex dem. WOOD vs. SALMON.

A tenant for one year holding over is a tenant from year to year, and en. titled to notice to quit before an ejectment can be brought against him.
A person coming in under such tenant stands in the same relation to the landlord, and is also entitled to notice to quit.

THIS was an action of ejectment, tried at the Onondaga circuit in February, 1828, before the Hon. Enos T. Throop, one of the circuit judges.

It was shewn on the trial that one Wells entered into the possession of forty acres of land in the month of March, 1824, as a tenant of the lessor of the plaintiff for one year, to work the same on shares. He held over. In May, 1825, the defendant entered under Wells, [Wells remaining in possession,] to work the land on shares ; and on the fourteenth of the same month an ejectment was commenced against him. The plaintiff was nonsuited for the reason that the defendant was a mere cropper ; that Wells was the real tenant, and, remaining in possession, the action should have been brought against him. A motion was made to set aside the nonsuit.

*J. R. Lawrence*, for plaintiff.

*J. A. Spencer*, for defendant.

*By the Court*, SAVAGE, Ch. J. The only question in the case is, whether the defendant was entitled to notice to quit. Wells entered into possession lawfully ; he hired the premises for one year, and continued in possession after that period ; he was tenant from year to year, and was entitled to

NEW-YORK,  notice before an ejectment could be brought against him,
May, 1830.  The defendant coming in under Wells, stands in the same
Bank of Gene-  relation to the lessor. A tenant for a year, holding over, is
va  tenant from year to year, and not at will; but if at will, he
v.
Howlett.  was entitled to notice. [4 Cowen, 349.] We therefore re-
fuse to set aside the nonsuit.